# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. 19 Mag 9534            Date 12/3/19

USAO No. 2019R01330

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ____ Removal Proceedings in

United States v. Elyus Bello

The Complaint/Rule 40 Affidavit was filed on 10/11/19

✓ U.S. Marshals please withdraw warrant.

ASSISTANT UNITED STATES ATTORNEY

Juliana Murray
(Print name)

**SO ORDERED:**

[signature]
UNITED STATES MAGISTRATE JUDGE

12/3/19
DATE

Distribution:   White → Court      Yellow → U.S. Marshals      Green → Pretrial Services      Pink → AUSA Copy